## Notice of Motion form for Zoom for Government

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Kimberly Stritesky [caption]
16-82782-TML

DEC 17 2021

JEFFREY P. ALLSTEADT, Clerk
INTAKE 1

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on December 27, 2021, at 9:30 a.m./p.m., I will appear before the Honorable Goldgar, or any judge sitting in that judge's place, and present the motion of Zoom appearance [to/ for] Application for payment of unclaimed funds, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 3197225 and the password is 534922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

[Name of movant]
By: [signature]

[Name, address, telephone number,
and email address of counsel]

Kimberly Stritesky (Prose)
955 Airlie Circle
Sycamore, IL 60178

## CERTIFICATE OF SERVICE

I, Kimberly Smlsky, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 17, 2021, at 7:10 a.m./p.m.