UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-82782 |
| Kimberly Helen Stritesky | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING WITHOUT PREJUDICE
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On December 17, 2021, claimant Kimberly Helen Stritesky filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a).  The application and supporting documentation fail to establish that the claimant is entitled to the unclaimed funds.  Accordingly, IT IS HEREBY ORDERED:

The application is denied without prejudice because the applicant failed to include a required copy of her I.D. with the filing of the application.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  December 27, 2021